UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> PHILIP HARRINGTON, <br><br> Defendant. | **Crim. Action No. 08cr336** (CKK) |

## ORDER

This case comes before the Court upon the receipt of [33] Report and Recommendation from Magistrate Judge Alan Kay. No objections to the Magistrate Judge's Report and Recommendation have been received by the Court.

Accordingly, it is this ⁷ᵗʰ day of May, 2013,

**ORDERED** that the Report and Recommendation is hereby ADOPTED; and it is

**FURTHER ORDERED** that Mr. Philip Harrington, with his consent, shall *remain on supervised released status* *with* the *imposition of an additional condition of fifty (50) hours of community service*.

COLLEEN KOLLAR-KOTELLY
United States District Judge

Copies to:

Philip Harrington
9015 Palmer Street
Fort Washington, MD 20744

Robert Okun, Chief
Special Proceedings Section
United States Attorney's Office
555 Fourth Street, NW
Washington, DC 20530

Chandra R. Adams,
U.S. Probation Officer

Magistrate Judge Alan Kay